# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARTIS C. CARROLL, JR. | : CIVIL ACTION |
|---|---|
| v. | : NO. 16-1406 |
| MILLERSVILLE UNIVERSITY OF PA, *et al.* | : |

## ORDER

**AND NOW**, this 6th day of June 2019, upon considering Defendant Millersville University's Motion to dismiss (ECF Doc. No. 85), no timely opposition, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant Millersville University's Motion to dismiss (ECF Doc. No. 85) is **GRANTED** and the claims against Millersville University are dismissed.

KEARNEY, J.