## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARTIS C. CARROLL, JR.** | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO. 16-1406** |
| | : |
| **MILLERSVILLE UNIVERSITY OF** | : |
| **PA,** *et al.* | : |

## ORDER

**AND NOW**, this 14th day of February 2020, upon considering the Defendants' Motions to dismiss (ECF Doc. Nos. 99, 103, 107, 108) which remain uncontested after the response date, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.      We **GRANT in part** and **DENY in part** the Millersville Defendants' Motion to dismiss (ECF Doc. No. 99) and Director Austin and Vice President Richardson shall file an Answer to the remaining due process claim on or before **February 28, 2020**;

2.      We **GRANT** the remaining Motions to dismiss (ECF Doc. Nos. 103, 107, 108); and,

3.      We **dismiss** Former University President Anderson, Student Affairs Vice President Hazlett, Professor Hoover, Deputy Chief Bauman, Sergeant Flood, Officers Stuchkus and Chanthongthip, Registrars Sicotte and Breaux, Retired Dean Smith, Assistant Director Wiafe, and Registrar Hutchinson with prejudice.

_____
**KEARNEY, J.**