IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTIS C. CARROLL, JR. | : CIVIL ACTION |
| v. | : NO. 16-1406 |
| MILLERSVILLE UNIVERSITY OF PA, *et al.* | : |

## ORDER

**AND NOW**, this 28th day of October 2020, upon considering Rebecca Mowery's Motion to dismiss (ECF Doc. No. 116), with no timely opposition, and for reasons detailed in the accompanying Memorandum, it is **ORDERED** Ms. Mowery's Motion to dismiss (ECF Doc. No. 116) is **GRANTED** and she is dismissed with prejudice.

KEARNEY, J.