# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTIS C. CARROLL, JR. | : CIVIL ACTION |
| | : |
| v. | : NO. 16-1406 |
| | : |
| MILLERSVILLE UNIVERSITY OF PA, *et al.* | : |

## ORDER

**AND NOW**, this 27th day of January 2021, upon considering Defendant Elaine Chrissos's unopposed Motion to dismiss (ECF Doc. No. 135), our December 4, 2020 Order (ECF Doc. No. 136) granting Plaintiff leave to respond until no later than January 20, 2021, Plaintiff still not responding to the Motion to dismiss but otherwise moving for other relief (ECF Doc. Nos. 138, 140, 142) and never providing good cause for failing to sufficiently serve Defendant Chrissos with a summons and Complaint despite several extensions and admittedly knowing her correct address identified in the second amended Complaint, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant Chrissos's Motion to dismiss (ECF Doc. No. 135) based on insufficiency of service is **GRANTED** without prejudice to Plaintiff later moving to amend to specifically add claims against Elaine Chrissos if he can plead enough facts to relate back to his allegations under his timely filed Complaint and then timely serve her at her known address.

KEARNEY, J.