**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ARTIS C. CARROLL, JR.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   16-1406** |
| | : | |
| **THOMAS RICHARDSON and** | : | |
| **LORI AUSTIN** | : | |

## <u>ORDER</u>

    **AND NOW**, this 9th day of March 2021, upon considering UPMC Pinnacle Lancaster's and Jarrod Harleman's Motion to dismiss (ECF Doc. No. 152), no timely filed Opposition but considering today's oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 152) is **GRANTED** and Plaintiff's claims against UPMC Pinnacle Lancaster a/k/a Lancaster Regional Medical Center and Jarrod Harleman are dismissed.

**KEARNEY, J.**