IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARTIS C. CARROLL, JR. | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 16-1406 |
| THOMAS RICHARDSON and LORI AUSTIN | : | |

# **ORDER**

**AND NOW**, this 21st day of April 2021, upon considering Plaintiff's untimely pro se Motion for reconsideration (ECF Doc. No. 191) of our March 9 and March 11, 2021 Orders (ECF Doc. Nos. 162, 166), Defendants' Opposition (ECF Doc. Nos. 192, 193), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion for reconsideration (ECF Doc. No. 191) is **DENIED**.

_____
**KEARNEY, J.**