### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTIS C. CARROLL, JR.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   16-1406** |
| | : | |
| **THOMAS RICHARDSON and** | : | |
| **LORI AUSTIN** | : | |

## <u>ORDER</u>

**AND NOW**, this 29th day of July 2021, following our study of the Defendants' Motion for summary judgment (ECF Doc. No. 254), and after having granted Plaintiff two extensions to respond (ECF Doc. No. 250), but he again electing not to timely respond to pending Motions after failing to appear at court-ordered depositions after notice his failure to appear would forfeit his ability to present evidence based on his conclusory allegations, and for reasons detailed in the accompanying Memorandum regarding the Defendants' qualified immunity and no ability to proceed under the Eleventh Amendment absent prospective relief requiring we find no genuine issues of material fact and judgment is warranted as a matter of law, it is **ORDERED**:

1.     Defendants' Motion (ECF Doc. No. 254) is **GRANTED** as there are no genuine issues of material fact precluding judgment in Defendants' favor as a matter of law; and,

2.     The Clerk of Court shall **close** this case.

**KEARNEY, J.**